1

**O**

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

JAMES SCOTTY WILDER,                )        CASE NO.  ED CV 13-1234 DDP (RZ)
                                    )
12

            Petitioner,             )
                                    )        ORDER SUMMARILY DISMISSING
13

        vs.                         )        ACTION WITHOUT PREJUDICE
                                    )
14

PEOPLE OF THE STATE OF              )
CALIFORNIA,                         )
15

                                    )
            Respondent.             )
16

_____)

17

        The Court will dismiss the action summarily because Petitioner expressly

18

indicates that his sole claim has not undergone the required state-court exhaustion.  *See*

19

*generally* 28 U.S.C. § 2254(b)**.**

20

        Generally, Rule 4 of the Rules Governing Section 2254 Cases in the United

21

States District Courts provides that "[i]f it plainly appears from the face of the petition and

22

any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the

23

judge shall make an order for its summary dismissal and cause the petitioner to be

24

notified."  More specifically, the Ninth Circuit indicates that a district court presented with

25

an entirely unexhausted petition may, or even must, dismiss the action.  *Raspberry v.*

26

*Garcia*, 448 F.3d 1150, 1154 (9th Cir. 2006) ("Once a district court determines that a

27

habeas petition contains only unexhausted claims, it need not inquire further as to the

28

petitioner's intentions.  Instead, it may simply dismiss the habeas petition for failure to

exhaust."), *citing Jimenez v. Rice*, 276 F.3d 478, 481 (9th Cir. 2001) (district court is "obliged to dismiss [an entirely unexhausted petition] immediately" once respondent moves for such dismissal).

Here, Petitioner asserts one claim.  He admits that he not submitted it to the California Supreme Court.  Pet. ¶¶ 8(a)(2)-(4).  A *Raspberry* dismissal is in order.

Accordingly, the Petition is DISMISSED WITHOUT PREJUDICE.


DATED:July 30, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE